No. 12–388. ADIELE v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 12–392. GILBERT v. BANGS. C. A. 4th Cir. Certiorari denied.

No. 12–394. BRODIE v. ROSEN ET AL. C. A. D. C. Cir. Certiorari denied.

No. 12–404. STRADER v. DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 12–412. DUBUC ET UX. v. TOWNSHIP OF GREEN OAK, MICHIGAN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–426. PAYNE v. WHOLE FOODS MARKET GROUP, INC. C. A. 4th Cir. Certiorari denied.

No. 12–432. VOGEL v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–443. NUNLEY v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 12–450. MULERO v. THOMPSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–474. SCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–475. JUNKIN v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 12–476. MARTINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–479. LOVE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 12–480. MANN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–483. WATERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.